IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

      Petitioner,               No. CIV S-06-0897 LKK KJM P

   vs.

MR. ALLISON, et al.,

      Respondents.       <u>ORDER</u>

/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On October 25, 2006, the court recommended that this action be dismissed because it appeared to the court, from petitioner's habeas application, that petitioner failed to exhaust state court remedies with respect to his claims. On November 3, 2006, petitioner filed objections to the findings and recommendations in which petitioner indicates that he did exhaust state court remedies with respect to his claims. Good cause appearing, the court will give petitioner thirty days to file an amended application for writ of habeas corpus to allow petitioner to demonstrate that he has exhausted state court remedies with respect to his claims. If petitioner fails to do this, this action will be dismissed.

        Petitioner also asks that this action be assigned to different judges. Petitioner states no valid law or any appropriate facts in support of his request. It will be denied.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The court's October 25, 2006 findings and recommendations are vacated.

3    2. Petitioner's application for writ of habeas corpus is dismissed.

4    3. Petitioner is granted thirty days within which to file an amended habeas application on the form to be provided by the Clerk of the Court. Petitioner must demonstrate in his amended application that he has exhausted state court remedies with respect to his claims. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

4. The Clerk of the Court is directed to send petitioner the court's form-application for writ of habeas corpus under 28 U.S.C. § 2254.

5. Petitioner's November 8, 2006 request that this action be transferred to another District Court and Magistrate Judge is denied.

DATED: November 29, 2006.

U.S. MAGISTRATE JUDGE

1
yona0897.111