IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

      Petitioner,                    No. CIV S-06-0897 LKK KJM P

    vs.

ALLISON, et al.,

      Respondents.               FINDINGS AND RECOMMENDATIONS

                            /

        Petitioner, a state prisoner proceeding pro se, has filed an action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 30, 2006, the court dismissed petitioner's original application for writ of habeas corpus and gave petitioner leave to file an amended application. The court informed petitioner that, in his amended application, he must demonstrate that he has exhausted state court remedies with respect to his claims. Petitioner was warned that if he did not do so, this action would be dismissed.

        In his amended application petitioner fails to demonstrate that he has exhausted state court remedies with respect to his claims.[1] In fact, petitioner fails to even identify any claims in his amended application, except to make a general reference to "Grounds 1 through 45"

---

[1] The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1).

1

listed in this case; presumably petitioner is referring to his original petition, which was dismissed. For these reasons, the court will recommend that this action be dismissed. <u>See</u> 28 U.S.C. § 2254(b)(1) & Fed. R. Civ. P. 41(b).

Petitioner has filed a motion for summary judgement. In light of the foregoing, the court will recommend that this motion be denied.

In accordance with the above, IT IS HEREBY RECOMMENDED that:

1. Petitioner's December 4, 2006 motion for summary judgment be denied;

2. Petitioner's amended application for writ of habeas corpus be dismissed; and

3. This case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 1, 2007.

_____
U.S. MAGISTRATE JUDGE

1
yona0897.frs(12.08.06)

2